**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Kentucky**
**Covington Division**

Case No.: **10-22214**

**IN RE: DANIEL PATRICK HUGHES              DEBTOR**

**CERTIFICATE OF SERVICE OF PAYMENT ADVICES**

 I certify that on the date shown below I mailed a copy of the payment advices discussed in 11 USC 521(a) (B) (iv) to the following:

Hon. L. Craig Kendrick
7000 Houston Rd.
Bldg. 300, Ste. 25
Florence, KY 41042

United States Trustee
100 E. Vine Street
Suite 500
Lexington, KY 40507

Date documents mailed: August 24, 2010

           /s/ Delores Woods Baker
           DELORES WOODS BAKER, P.S.C.
           ATTORNEY FOR DEBTOR
           134 West Third Street
           Maysville, Kentucky 41056
           606-564-7969